FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 SEP 19 AM 11: 57

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR292 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| KIM DENISE ERWIN-LONCKE, | ) | |
| | ) | 42 U.S.C. § 408(a)(5) |
| Defendant. | ) | |

The Grand Jury charges:

## COUNT I

Beginning on or about August 1, 2008, and continuing until November 1, 2010, in the District of Nebraska, defendant KIM DENISE ERWIN-LONCKE, having made application to receive Social Security Disability Insurance (SSDI) and Supplemental Security Income (SSI) payments for the use and benefit of others and having received such payment, knowingly and willfully converted such payments to a use other than for the use and benefit of such other persons. Specifically, while acting as Representative Payee for her law clients, defendant KIM DENISE ERWIN-LONCKE converted to her own use SSDI and SSI payments made to her, and by such action converted approximately $92,608.88 in Social Security benefit payments.

In violation of Title 42, United States Code, Section 408(a)(5).

A TRUE BILL

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
FREDERICK D. FRANKLIN
Assistant U.S. Attorney