IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:12CR292
                               )
      v.                       )
                               )
KIM DENISE ERWIN-LONCKE,       )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to restrict (Filing No. 20).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  The motion for downward departure and sentencing memorandum shall be filed as restricted pursuant to the E-Government Act.

DATED this 8th day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court