IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       8:12CR292
                               )
       v.                      )
                               )
KIM DENISE ERWIN-LONCKE,       )       ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on a motion to amend restitution order (Filing No. 37). The Court has reviewed the motion and finds it should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted. Restitution payment shall issue to The Ohio Casualty Insurance Company rather than Karen Nelson and/or/for B.Y.

2) The holder of such monies previously paid to Karen Nelson and/or/for B.Y. shall be reimbursed to The Ohio Casualty Insurance Company.

DATED this 17th day of March, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court